IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA

v.                                                           CRIMINAL NO. 5:06cr21DCB-JCS

WAYNE A. YOUNG and
XAVIER CAGE

ORDER CONTINUING CAUSE

Came on for consideration this day the parties' joint *ore tenus* Motion for Continuance of

Criminal Cause, and the Court, having been fully advised in the premises, specifically having

been advised that defendant Xavier Cage appeared in this Court for the first time on the instant

charges on July 12, 2006, that the trial date in this case is currently set for August 8, 2006, which

is less than thirty days from the date of defendant Cage's first appearance, and that defendant

Cage has not consented to the trial commencing in less than thirty days from the date of his first

appearance as required by the Speedy Trial Act, § 3161(c)(2), finds that the motion is

meritorious, and further finds that the ends of justice would best be served by granting the

requested continuance insofar as the defendant's and the public's interest in a speedy and public

trial is concerned, and further finds that the failure to grant such continuance would result in a

miscarriage of justice.  The Court therefore finds that the joint motion should be, and it hereby is,

granted.  It is, therefore,

ORDERED AND ADJUDGED

that the ends of justice are best served by granting the defendant's motion for a continuance of

the Cause, that the Court specifically finds that the granting of such continuance outweighs the

best interest of the public and the defendant in a speedy public trial, and that the failure to grant

such continuance would likely make the continuation of such proceedings impossible and would

result in a miscarriage of justice.  The Court further orders that the trial of this cause shall be

continued until the term of Court which begins on   3rd   day of   October  , 2006.

SO ORDERED AND ADJUDGED this, the 26th day of July, 2006.


                                                            S/DAVID BRAMLETTE
                                                            United States District Judge

AGREED:


 s/Sandra G. Moses
SANDRA G. MOSES
Assistant U.S. Attorney


 s/William B. Kirksey
WILLIAM B. KIRKSEY
Counsel for Defendant Wayne Young


 s/George Lucas
GEORGE LUCAS
Counsel for Defendant Xavier Cage