IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA

v.                                                             CRIMINAL NO. 5:06cr21DCB-JCS

WAYNE A. YOUNG

ORDER CONTINUING CAUSE

  Came on for consideration this day the defendants' *ore tenus* Motion for Continuance of Criminal Cause, and the Court, having been fully advised in the premises, specifically having been advised that the defendant needs additional time in order to prepare for trial and to complete certain pre-trial obligations and that the Government agrees that it is in the public interest to grant such motion for a continuance, finds that the defendant's motion is meritorious, and further finds that the ends of justice would best be served by granting the requested continuance insofar as the defendant's and the public's interest in a speedy and public trial is concerned, and further finds that the failure to grant such continuance would result in a miscarriage of justice.  The Court therefore finds that the defendant's motion should be, and it hereby is, granted.  It is, therefore,

ORDERED AND ADJUDGED

that the ends of justice are best served by granting the defendant's motion for a continuance of the Cause, that the Court specifically finds that the granting of such continuance outweighs the best interest of the public and the defendant in a speedy public trial, and that the failure to grant

such continuance would likely make the continuation of such proceedings impossible and would result in a miscarriage of justice.  The Court further orders that the trial of this cause shall be continued until the term of Court which begins on the __3rd__ day of __April__, 2007.

SO ORDERED AND ADJUDGED this, the __30th__ day of __January__, 2007.

                                                s/David Bramlette
                                      UNITED STATES DISTRICT JUDGE

AGREED:


 s/Sandra G. Moses
SANDRA G. MOSES
Assistant U.S. Attorney


 s/Chuck R. McRae
CHUCK R. MCRAE
Counsel for Defendant Wayne Young