IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 5:06cr21DCB-JCS-001

WAYNE A YOUNG

## ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses Counts 1 & 3 of the Criminal Indictment against WAYNE A YOUNG without prejudice.

DUNN LAMPTON
United States Attorney

By: *(signature)*

SANDRA G. MOSES
Assistant U.S. Attorney
GA Bar No. 283185

Leave of Court is granted for the filing of the foregoing dismissal.

ORDERED this 24th day of January, 2008.

*(signature)*
UNITED STATES DISTRICT JUDGE